Mark C. H. Mandell [MM-5708]
42 Herman Thau Road
Annandale, NJ 08801
908-638-4434

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X

NORTHEAST TRADING, INC.,       :

        Plaintiff,       :

        v.       :

VEN-CO PRODUCE, INC., ROBERT       :
VENUTI and ANGELA VENUTI,       :

        Defendants.       :

————————————————————X

ECF CASE

Case No. 1:09 CV 7767 GEL

COMPLAINT

RECEIVED SEP - 9 2009 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff, by its undersigned attorney, complains and alleges as follows:

## JURISDICTION AND VENUE

1.      This court has jurisdiction of this case pursuant to Sections 5(a), 5(b) and 5(e)(c)(5) of the Perishable Agricultural Commodities Act of 1930 as amended [7 U.S.C. §499e(a), (b), and (c)(5)] ("PACA") and pursuant to 28 U.S.C. § 1331.  Venue is proper pursuant to 28 U.S.C. § 1391(b).

2.      Plaintiff is now and at all material times was a corporation organized and doing business under the laws of New Jersey, with its principal place of business in Kenilworth, NJ.  Plaintiff is a dealer and commission merchant holding license No. 19941723 issued and renewed by the United States Department of Agriculture under the PACA.

3.     At all relevant times Defendant Ven-Co Produce, Inc. was and still is a New York corporation operating a wholesale produce business with its principal place of business located in the N.Y.C. Terminal Market, Bronx, NY, and was and is licensed under the PACA as a dealer or commission merchant holding PACA license 19821683.

4.     Plaintiff is informed and so believes and alleges that Defendants Robert Venuti and Angela Venuti are and were at all times relevant, New York residents, officers, directors, and stockholders of and persons "responsibly connected" with the corporate defendant as such term is defined under the PACA, and exercise primary control over the corporate defendant's assets.

## FIRST CAUSE OF ACTION
### (Breach of Contract - Unfair Conduct)

5.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1. through 4. of this Complaint, as though fully set forth herein.

6.     On and between May 16, 2009 and July 12, 2009 Plaintiff sold and delivered to the Defendants, in numerous transactions, more than $327,477.66 in fresh fruits and vegetables moving in interstate commerce.

7.     Defendants, by their servants, agents or employees, accepted the commodities at the times they were delivered to Defendants' place of business.

8.     Following of the respective deliveries, Plaintiff invoiced the corporate defendant, as had been done in the past, which invoices contained all material terms of the contract of sale covering each shipment of commodities.

2

9.    Defendants received and retained said invoices, copies of which are attached hereto as Exhibit A, without protest.

10.    In breach of their contracts with Plaintiff and in violation of Section 2(4) [7 U.S.C. §499b(4)], Defendants have failed to pay for the commodities they received and accepted as identified in Exhibit A.

11.    As a direct and proximate result of Defendants failure to remit payment due to the Plaintiff as described above, and their violation of the fair conduct code imposed upon them by the PACA, Plaintiff has suffered losses and damages in the principal amount of $327,477.66, plus interest at the contract rate.

12.    Defendants are indebted to Plaintiffs in the full amount of $327,477.66 plus interest, costs, and reasonable attorney's fees.

## SECOND CAUSE OF ACTION
### (Enforcement of Statutory Trust Provisions of PACA)

13.    Plaintiff repeats, realleges and incorporates by reference paragraphs 1. through 12. of this Complaint as if fully set forth herein.

14.    At all times relevant Plaintiff was engaged in the business of selling and/or shipping perishable agricultural commodities as defined by PACA [7 U.S.C. §499a(4)].

15.    The perishable agricultural commodities that are the subject of the First Cause of Action were purchased and sold in interstate and/or foreign commerce between New Jersey and New York.

3

16.    Pursuant to the Regulations promulgated under PACA , Plaintiff placed the

following legend on each invoice which was sent to Defendants:

> "The perishable agricultural commodities listed on this invoice are subject to the
> statutory trust authorized by section 5(c) of the Perishable Agricultural
> Commodities Act 1930 (7 U.S.C. 499e(c)). The seller of these commodities
> retains a trust claim over these commodities, all inventories of food or other
> products derived from these commodities, and any receivables or proceeds from
> the sales of these commodities until full payment is received."

17.    Pursuant to 7 U.S.C. §499e(c)(1)-(5) of the PACA, upon delivery of the

produce to Defendants, Plaintiff became a beneficiary of a floating, non-segregated

statutory trust on all of Defendants' perishable agricultural commodities, and any

receivables or proceeds from the sale of such perishable agricultural commodities or

products and all assets derived therefrom.

18.    Plaintiff's invoices contained the required language to preserve its rights as

a licensed supplier under the PACA Statutory Trust.

19.    Pursuant to the Statutory Trust provisions of the PACA [7 U.S.C.

§499e(c)(1)-(5)], Plaintiff performed and fulfilled all duties required to preserve its

PACA Trust benefits in the total amount of $327,477.66 plus interest, costs, and

reasonable attorney's fees in accordance with the contracts of sale.

20.    Pursuant to the PACA and the Statutory Trust, Defendants are the statutory

trustees of the PACA trust assets in their possession or under their control. The PACA

trust requires the Defendants to hold and preserve all goods, inventories, proceeds and

4

receivables in trust for the benefit of Plaintiff until full payment has been made to Plaintiff and any other PACA-qualified produce vendor.

21. Plaintiff is informed and believes and so alleges that Defendants have failed to maintain the trust assets and keep them available to satisfy Defendants' obligations to Plaintiff in that the corporate defendant has failed to pay Plaintiff promptly in accordance with controlling laws and regulations, and Plaintiff has been informed that the corporate defendant is presently unable to do so, all in violation of section 499(b)(4) of the PACA and the Regulations enforcing the PACA trust provisions, 7 C.F.R. §46.46.

22. Defendants have failed to perform the requirements of the Statutory Trust provisions, express and implied, and have breached their fiduciary duties to maintain the trust assets under their control, all in violation of section 499b(4) of the PACA and the Regulations enforcing the PACA trust provisions, express and implied, and have breached their fiduciary duties owed to Plaintiff to maintain the trust assets, all in violation of section 499(b)(4) of the PACA and the Regulations enforcing the PACA trust provisions, 7 C.F.R. §46.46.

23. Plaintiff is informed, believes and alleges that during all relevant times, Defendants have dissipated portions of the PACA Trust assets in their custody or have converted portions of such asset res to their own use.

24. As a direct and proximate cause and result of the wrongful acts and omissions of Defendants, Plaintiff has been damaged in the amount of $327,477.66 plus interest, costs, and reasonable attorney's fees incurred in this action.

5

**WHEREFORE,** Plaintiff respectfully demands judgment against Defendants:

1.      Declaring Defendants to have violated PACA and the USDA regulations promulgated thereunder; and

2.      Declaring Defendants to be the statutory trustees for the benefit of Plaintiff with respect to the assets to which Plaintiff has preserved its rights under the PACA and the PACA Trust; and

3.      Declaring Defendants Robert Venuti and Angela Venuti to be the constructive trustees for the benefit of Plaintiffs of such assets and any other assets with which they have commingled PACA Trust assets held by the corporate defendant; and

4.      Declaring Defendants Robert Venuti and Angela Venuti to be in defalcation with respect to their fiduciary duties to Plaintiff, and to be personally, jointly, and severally liable to Plaintiff for all losses, costs, fees, and expenses sustained by Plaintiff as the result of the acts or omissions alleged hereinabove; and

5.      Ordering Defendants to pay Plaintiff the sum of $327,477.66 plus applicable interest and costs, and granting Plaintiff a judgment against Defendants and each of them for said amount; and

6.      Granting Plaintiff its reasonable attorney's fees, costs, and necessary disbursements of this action; and

7.      Granting Plaintiff such other and further relief as the Court deems just and proper.

Dated:  September 3, 2009

Mark C. H. Mandell [MM-5708]
*Attorney for Plaintiff*
42 Herman Thau Road
Annandale, NJ 08801
(908)638-4434

7

EXHIBIT A

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/16/2009 | 22-36510 |

| Bill To |
|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---------|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 5/16/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 45,800 | #1 A Potato | USA |  | 0.1775 | 8,129.50 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $8,129.50 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2009 | 22-37234 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 7/12/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 225 | Yellow Oniion | USA | LG/MED | 16.75 | 3,768.75 |
| 90 | Yellow Oniion | " | JUMBO | 18.25 | 1,642.50 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $5,411.25 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/9/2009 | 22-37232 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 7/9/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 42,000 | Red A potato | USA | TOTES | 0.12802 | 5,377.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the
statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act,
1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and
any receivables or proceeds from the sale of these commodities until full payment is
received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue
accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the
cost of all legal action as an additional charge under the contract of sale covered by this
invoice.

| Total | $5,377.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2009 | 22-37171 |

**Bill To**

VEN-CO PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY 10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 7/2/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 1,480 | Onion | USA | RED | 7.00 | 10,360.00 |
| 90 | JumboYellow | " |  | 18.50 | 1,665.00 |
| 90 | Onion | " | LG/MED | 18.50 | 1,665.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $13,690.00 |
|-------|------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/2009 | 22-37058 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 7/1/2009 |  |  |  | FOB |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 200 | Med Yellow Onion | USA |  | 21.25 | 4,250.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$4,250.00** |
|-------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2009 | 22-36980 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/29/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 830 | Onion | USA | MED/LG YELLOW | 18.50 | 15,355.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $15,355.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/28/2009 | 22-37056 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/28/2009 | Patterson |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 600 | Red A potato | USA | CARTON | 4.00 | 2,400.00 |
| 40 | Red B potato | " | CARTON | 10.00 | 400.00 |
| 110 | Red A potato | " |  | 3.00 | 330.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $3,130.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/23/2009 | 22-36935 |

| Bill To |
|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---------|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/23/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 41,450 | #1 A Potato | USA | | 0.125 | 5,181.25 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$5,181.25** |
|-------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#   908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/23/2009 | 22-36933 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/23/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 44,445 | #1 A Potato | USA |  | 0.13 | 5,777.85 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $5,777.85 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/23/2009 | 22-36981 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/23/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 1,800 | MedRed Onion | USA |  | 3.50833 | 6,315.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $6,315.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/19/2009 | 22-36934 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|-----------|
| | PACA Prompt | 6/19/2009 | Patterson | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 560 | #1 Red A Potato | USA | | 5.20 | 2,912.00 |
| 100 | #1 Red A Potato | " | TOTES | 18.25 | 1,825.00 |
| 40 | us#1RedB Potato | " | | 33.25 | 1,330.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $6,067.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2009 | 22-36778 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY 10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/16/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 43,490 | #1 A Potato | USA | | 0.1775 | 7,719.48 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $7,719.48 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2009 | 22-36864 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/16/2009 | Patterson |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 520 | #1 Red A Potato | USA |  | 5.25 | 2,730.00 |
| 100.02 | #1 Red A Potato | " | TOTES | 17.50 | 1,750.35 |
| 80 | us#1RedB Potato | " |  | 17.05 | 1,364.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$5,844.35** |
|-------|---------------|

**ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS**

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/15/2009 | 22-36777 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY 10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|-----------|
| | PACA Prompt | 6/15/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 44,585 | #1 A Potato | USA | | 0.1775 | 7,913.84 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$7,913.84** |
|-------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/15/2009 | 22-36863 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/15/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 840 | Spanish Onion | USA | JUMBO | 16.25 | 13,650.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the
statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act,
1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and
any receivables or proceeds from the sale of these commodities until full payment is
received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue
accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the
cost of all legal action as an additional charge under the contract of sale covered by this
invoice.

| Total | $13,650.00 |
|-------|------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/12/2009 | 22-36837 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/12/2009 | Patterson | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 640 | Red A potato | USA | CART | 16.75 | 10,720.00 |
| 8,178 | Red A potato | " | TOTE | 0.265 | 2,167.17 |
| 40 | Red B potato | " | CART | 20.75 | 830.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $13,717.17 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#　908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/12/2009 | 22-36771 |

**Bill To**

VEN-CO PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY 10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/12/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 42,360 | #1 A Potato | USA |  | 0.1775 | 7,518.90 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| **Total** | **$7,518.90** |
|-----------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/11/2009 | 22-36847 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/11/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 49,990 | Russet | USA | TOTES | 0.19 | 9,498.10 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$9,498.10** |
|-------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/11/2009 | 22-36793 |

| Bill To |
|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---------|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/11/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 1,800 | MedRed Onion | USA |  | 5.25 | 9,450.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $9,450.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2009 | 22-36770 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/9/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 43,540 | #1 A Potato | USA |  | 0.1775 | 7,728.35 |

"The perishable agriculture commodities listed on this invoice are sold subject to the
statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act,
1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and
any receivables or proceeds from the sale of these commodities until full payment is
received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue
accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the
cost of all legal action as an additional charge under the contract of sale covered by this
invoice.

| Total | $7,728.35 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#   908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2009 | 22-36825 |

**Bill To**

VEN-CO PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|          | PACA Prompt | 6/9/2009 |          |           |          | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 840 | JumboYellow | USA |  | 13.25 | 11,130.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$11,130.00** |
|-------|----------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2009 | 22-36791 |

**Bill To**

VEN-CO PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/8/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 49,080 | #1 A Potato | USA | TOTES | 0.19 | 9,325.20 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $9,325.20 |
|-------|-----------|

**ALL SHIPMENTS BASED ON FOB GOOD DELIVERY STANDARDS**

674/09 (1/09)

# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#   908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/8/2009 | 22-36785 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY 10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/8/2009 | Patterson | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 560 | #1 Red A Potato | USA | | 9.10 | 5,096.00 |
| 80 | us#1RedB Potato | " | | 18.50 | 1,480.00 |
| 91.9 | #1 Red A Potato | " | TOTES | 20.75 | 1,906.93 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $8,482.93 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/3/2009 | 22-36678 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 6/3/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 42,410 | #1 A Potato | UA | TOTES | 0.1775 | 7,527.78 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $7,527.78 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2009 | 22-36769 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/2/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 800 | JumboYellow | USA |  | 7.10 | 5,680.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $5,680.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

# Invoice

Phone# 908-709-0030
Fax#    908-709-0303

| Date | Invoice # |
|------|-----------|
| 6/1/2009 | 22-36701 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|          | PACA Prompt | 6/1/2009 |          |           |          | FOB |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 1,680 | MedRed Onion | USA |  | 7.15 | 12,012.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$12,012.00** |
|-------|----------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS


585770 (8/08)

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2009 | 22-36679 |

| Bill To |
|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY 10474<br>Att: Accounts Payable |

| Ship To |
|---------|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 6/1/2009 | Patterson |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 640 | Red A potato | USA |  | 15.75 | 10,080.00 |
| 40 | Red B potato | " |  | 18.25 | 730.00 |
| 8,000 | Red A potato | " | TOTES | 0.255 | 2,040.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $12,850.00 |
|-------|------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

38 S. 21st Street
Kenilworth, NJ 07033

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2009 | 22-36677 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 5/29/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 42,400 | #1 A Potato | USA | TOTES | 0.1775 | 7,526.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$7,526.00** |
|-------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



585776 (6/06)

# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2009 | 22-36682 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 5/28/2009 | LD Logistics | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 560 | Red A potato | USA | CART | 15.75 | 8,820.00 |
| 80 | Red B potato | " | CART | 19.75 | 1,580.00 |
| 8,000 | Red A potato | " | | 0.255 | 2,040.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $12,440.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2009 | 22-36676 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 5/28/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 42,620 | #1 A Potato | USA | | 0.1675 | 7,138.85 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$7,138.85** |
|-------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/26/2009 | 22-36675 |

**Bill To**

VEN-CO  PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 5/26/2009 |  |  |  | FOB |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 45,305 | #1 A Potato | USA |  | 0.1775 | 8,041.64 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $8,041.64 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

565776 (6/08)

# Northeast Trading, Inc.
**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/23/2009 | 22-36601 |

| Bill To |
|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY 10474<br>Att: Accounts Payable |

| Ship To |
|---------|
|  |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 5/23/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 44,680 | #1 A Potato | USA | RUSSET 20 TOTES | 0.1775 | 7,930.70 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | **$7,930.70** |
|-------|-------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/23/2009 | 22-36644 |

| Bill To |
|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---------|
| |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 5/23/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 42,550 | #1 A Potato | USA | | 0.1775 | 7,552.63 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $7,552.63 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/22/2009 | 22-36598 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 5/22/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 43,060 | #1 A Potato | USA | TOTES | 0.1775 | 7,643.15 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| **Total** | **$7,643.15** |
|-----------|---------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

38 S. 21st Street
Kenilworth, NJ 07033

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/20/2009 | 22-36599 |

| Bill To |
|---------|
| VEN-CO PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---------|
| |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 5/20/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 686 | #1 Red A Potato | USA | | 15.25 | 10,461.50 |
| 8,248 | #1 Red A Potato | " | | 0.255 | 2,103.24 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $12,564.74 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

# Northeast Trading, Inc.

38 S. 21st Street
Kenilworth, NJ 07033

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2009 | 22-36588 |

**Bill To**

VEN-CO PRODUCE, INC.
729 Row D
NY Terminal Mkt
Bronx, NY  10474
Att: Accounts Payable

**Ship To**

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
|  | PACA Prompt | 5/18/2009 |  |  |  | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 1,200 | MedRed Onion | USA |  | 7.25 | 8,700.00 |
| 240 | JumboYellow | USA |  | 11.25 | 2,700.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."
NOTICE: Past due invoices shall accrue interest at the annual rate of 18%. If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| **Total** | **$11,400.00** |
|-----------|----------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS



565776 (6/08)

# Northeast Trading, Inc.

**38 S. 21st Street**
**Kenilworth, NJ 07033**

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2009 | 22-36587 |

| Bill To | Ship To |
|---------|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable | |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|-----------|
| | PACA Prompt | 5/18/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 880 | MedYellow Onion | USA | | 11.85 | 10,428.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| **Total** | **$10,428.00** |
|-----------|----------------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS


565773 (6-08)

# Northeast Trading, Inc.

38 S. 21st Street
Kenilworth, NJ 07033

Phone# 908-709-0030
Fax#    908-709-0303

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/12/2009 | 22-37252 |

| Bill To |
|---------|
| VEN-CO  PRODUCE, INC.<br>729 Row D<br>NY Terminal Mkt<br>Bronx, NY  10474<br>Att: Accounts Payable |

| Ship To |
|---------|
| |

| Cust PO# | Terms | Ship Date | Ship Via | License # | Email to | Ship Terms |
|----------|-------|-----------|----------|-----------|----------|------------|
| | PACA Prompt | 7/12/2009 | | | | DEL |

| Quantity | Item Code | COO | Description | Rate | Amount |
|----------|-----------|-----|-------------|------|--------|
| 250 | Yellow corn | USA | LG/MED | 17.75 | 4,437.50 |
| 90 | Yellow Oniion | " | JUMBO | 18.25 | 1,642.50 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

NOTICE: Past due invoices shall accrue interest at the annual rate of 18%.  If overdue accounts are referred to an attorney, you agree to pay our  reasonable attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Total | $6,080.00 |
|-------|-----------|

ALL SHIPMENTS BASED ON FOB GOOD
DELIVERY STANDARDS

