UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHEAST TRADING, INC.,

    Plaintiff,

- against -

VEN-CO PRODUCE, INC., ROBERT VENUTI and ANGELA VENUTI,

    Defendants.

**ECF CASE**

09 Civ. 7767 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    The conference scheduled for January 8, 2010, is adjourned. The parties are directed to submit a joint letter by March 8, 2010, updating the Court on the progress of their settlement discussions.

Dated: New York, New York
       January 5, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/10